# EXHIBIT – 2

## 1. OURLOVEGIFTS

URL: https://ourlovegifts.com/products/daughter-special-star-925-silver-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |

URL: https://ourlovegifts.com/products/daughter-granddaughter-special-star-925-silver-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
| <br>Planet and Stars Necklace Model Neck | |

## 2. DURATIONE

URL: https://www.duratione.com/products/daughter-special-star-925-silver-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |



| Planet and Stars Necklace Daughter Box | |
|---|---|
| | |



Planet and Stars Necklace Granddaughter Wood Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Side View



Planet and Stars Necklace Angled View

### 3. BUULGO

URL: https://buulgo.com/ru/products/daughter-granddaughter?_pos=9&_sid=377de32db&_ss=r&variant=42074754252956



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Daughter Box | |





Planet and Stars Necklace
Granddaughter Wood Box

Planet and Stars Necklace Model
Neck

Planet and Stars Necklace Model
Hand

Planet and Stars Necklace Side View

| Planet and Stars Necklace Angled View | |

### 4. ZOGOTI

URL: https://www.zogoti.com/collections/necklace/products/%F0%9F%94%A5-last-day-49-off-%F0%9F%94%A5granddaughter-straighten-your-crown



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter Granddaughter Straighten Your Crown Necklace Model Black Coat | |
| Daughter Granddaughter Straighten Your Crown Necklace Model Finger | |

9

URL: https://www.zogoti.com/collections/rings/products/my-beautiful-granddaughter-special-star-ring



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter Granddaughter Special Star Ring Model Closed Fist | |
| Daughter Granddaughter Special Star Ring Light Sheet | |



Daughter Granddaughter Special Star Ring Blue Sheet

Daughter Granddaughter Special Star Ring Model Closed Fist

Daughter Granddaughter Special Star Ring Black Sleeves

URL: https://www.zogoti.com/collections/necklace/products/daughter-granddaughter-special-star-925-silver-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |




Planet and Stars Necklace Side View






Planet and Stars Necklace Daughter Box

URL: https://www.zogoti.com/collections/necklace/products/to-my-grandson-stand-tall-cuban-link-chain-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  To my Son Stand Tall Cuban Link Chain Necklace Model Thinking Pose | |
| To my Son Stand Tall Cuban Link Chain Necklace Model Neck Wrist | |





To my Son Stand Tall Cuban Link
Chain Necklace Model Thinking Pose



### 5. LEIYEI

URL: https://www.leiyei.com/products/daughter-special-star-925-silver-necklace?scm=spz.search&ssp=spz



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |

16



Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

| Planet and Stars Necklace Angled View | |
|---|---|

URL: https://www.leiyei.com/products/granddaughter-straighten-your-crown-925-silver-necklace?scm=spz.search&ssp=spz



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter Granddaughter Straighten Your Crown Necklace Model Black Coat | |
| Daughter Granddaughter Straighten Your Crown Necklace Model Finger | |



URL: https://www.leiyei.com/products/grandma-granddaughter-forever-linked-together-s925-ring?scm=spz.search&ssp=spz



| Copyright Photographs | Infringing Photographs |
|---|---|
| Forever Linked Together Ring Upside View | |
| Forever Linked Together Ring Model Hand | |



21



Forever Linked Together Ring Model
Finger



## 6.  GOOMINI

URL: https://www.goomini.com/products/daughter-granddaughter-special-star-925-silver-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |





Planet and Stars Necklace Side View







Planet and Stars Necklace Daughter Box

24

URL: https://www.goomini.com/products/%F0%9F%94%A5-last-day-49-off-%F0%9F%94%A5granddaughter-straighten-your-crown



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter Granddaughter Straighten Your Crown Necklace Model Black Coat | |
| Daughter Granddaughter Straighten Your Crown Necklace Model Finger | |

URL: https://www.goomini.com/products/my-beautiful-granddaughter-special-star-ring



| Copyright Photographs | Infringing Photographs |
|---|---|
| Daughter Granddaughter Special Star Ring Model Closed Fist | |
| Daughter Granddaughter Special Star Ring Light Sheet | |



26



Daughter Granddaughter Special Star Ring Blue Sheet

Daughter Granddaughter Special Star Ring Model Closed Fist

Daughter Granddaughter Special Star Ring Black Sleeves

URL: https://www.goomini.com/products/to-my-grandson-stand-tall-cuban-link-chain-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  To my Son Stand Tall Cuban Link Chain Necklace Model Thinking Pose | |
| To my Son Stand Tall Cuban Link Chain Necklace Model Neck Wrist | |

28



To my Son Stand Tall Cuban Link
Chain Necklace Model Thinking Pose



## 7. KIDDIE2CUTIE

URL: https://www.kiddie2cutie.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

| | |
|---|---|
| Planet and Stars Necklace Angled View | |

### 8. SHOPPAURAS

URL: https://shoppauras.com/products/daughter-granddaughter?_pos=3&_sid=6fe111c1f&_ss=r



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

| Planet and Stars Necklace Angled View | |

URL: https://shoppauras.com/products/daughter-granddaughter?_pos=3&_sid=6fe111c1f&_ss=r



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

| Planet and Stars Necklace Angled View | |
|---|---|

### 9. SHINIMINI

URL: https://shinimini.com/products/daughter-granddaughter?variant=42236462203031



| Copyright Photographs | Infringing Photographs |
|---|---|
|   Planet and Stars Necklace Model Neck | Daughter |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

| Planet and Stars Necklace Angled View | |
|---|---|

## 10.WISHPOCKET

URL:
https://www.facebook.com/ads/library/?active_status=all&ad_type=political_and_issue_ads&country=IN&id=426114049701989&view_all_page_id=107275761429196&search_type=page&media_type=all



| Copyright Photographs | Infringing Photographs |
|---|---|
|  To My Son Love You Forever Gift Bracelet with Card Side | |

## 11. HSANTRE

URL: https://hsantre.com/products/crystal-infinity-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Crystal Infinity Necklace Artsy | |
| Crystal Infinity Necklace Box | |

43



Crystal Infinity Necklace Model White Dress

Crystal Infinity Necklace Model Neck

Crystal Infinity Necklace Close up

Crystal Infinity Necklace Angled

URL: https://hsantre.com/products/daughter---granddaughter-%7C-special-star-%7C-925-silver-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  | |
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Side View | |



Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

## 12. CLUSTERW

URL: https://www.clusterw.com/products/daughter-granddaughter





Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

| Planet and Stars Necklace Angled View | |
|---|---|

### 13.ESHOPPN

URL: https://eshoppn.com/products/daughter-granddaughter?variant=43469348536559



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

| Planet and Stars Necklace Angled View | |
| --- | --- |
| | |

## 14. RESEMBLEK

URL: https://www.resemblek.com/products/crown-necklace-2



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter Granddaughter Straighten Your Crown Necklace Model Black Coat | |
| Daughter Granddaughter Straighten Your Crown Necklace Model Finger | |





Daughter Granddaughter Straighten
Your Crown Necklace Model Neck



URL: https://www.resemblek.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | Planet and Stars Necklace Model Hand |

URL: https://www.resemblek.com/products/my-beautiful-granddaughter-special-star-ring



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter Granddaughter Special Star Ring Model Closed Fist | Daughter Granddaughter Special Star Ring Light Sheet |



Daughter Granddaughter Special Star Ring Blue Sheet

Daughter Granddaughter Special Star Ring Model Closed Fist

Daughter Granddaughter Special Star Ring Black Sleeves

URL: https://www.resemblek.com/products/to-my-daughter-my-heart-is-tied-to-yours-love-knot-ring



| Copyright Photographs | Infringing Photographs |
|---|---|
| Daughter I Held You First Love Knot Ring Card Box | |
| Daughter I Held You First Love Knot Ring Gold Sheet | |





Daughter I Held You First Love Knot Ring Model Hand

Daughter I Held You First Love Knot Ring Model Wrist

Daughter I Held You First Love Knot Ring Pinch View

Daughter I Held You First Love Knot Ring with Card

## 15.GARDNTH

URL: https://www.gardnth.com/products/star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

| Planet and Stars Necklace Angled View | |
| --- | --- |

URL: https://www.gardnth.com/products/granddaughter-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|



Daughter Granddaughter Straighten Your Crown Necklace Model Black Coat

Daughter Granddaughter Straighten Your Crown Necklace Model Finger



### 16.SOVEIR

URL: https://soveir.com/products/most-special-star-ring-to-my-daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|   Daughter Granddaughter Special Star Ring Clear | |

65

## 17. HELLOXE

URL: https://www.helloxe.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  | |
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Side View | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Granddaughter Wood Box

### 18. PIECESY

URL: https://piecesy.com/products/to-my-daughter-special-moon-and-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Daughter Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Granddaughter Wood Box

## 19.NEVERPAINTS

URL: https://www.neverpaints.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Neck | |



Planet and Stars Necklace Model
Neck

Planet and Stars Necklace Model
Hand

Planet and Stars Necklace Angled
View

Planet and Stars Necklace Side View

## 20.LIAMGGIESTORE

URL: https://liamggiestore.com/products/last-day-promotion-70-off%F0%9F%8C%B8for-daughter-granddaughter-special-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Neck | |



Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Hand

## 21.LINDOS REGALITOS

**URL:** **https://lindosregalitos.com/products/last-day-promotion-70-off%F0%9F%8C%B8for-daughter-granddaughter-special-star-necklace**



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Daughter Box | |



### 22. WIZZGOO

URL: https://www.wizzgoo.com/product/49-off%F0%9F%8C%B8for-daughter-granddaughter-special-star-necklace/



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck |  |
| Planet and Stars Necklace Model Neck | |



Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 23. TERMUECULAR

URL: https://www.termuecular.com/products/daughter-granddaughter-3



| Copyright Photographs | Infringing Photographs |
|---|---|
|  | |
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|   Planet and Stars Necklace Model Neck |  |

### 24.RAWLOVEIN

URL: https://rawlovein.com/products/daughter-granddaughter?variant=43695668723936



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

### 25. FRACTIONK

URL: https://www.fractionk.net/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
| 

Planet and Stars Necklace Model Neck |  |

## 26. TOYSDOM

URL: https://www.toysdom.com/products/last-day-promotion-49-off%F0%9F%8C%B8for-daughter-granddaughter-special-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

### 27. FASTENERY

URL: https://www.fastenery.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck |  |
| Planet and Stars Necklace Granddaughter Wood Box |  |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

### 28. GUVINA

URL: https://guvina.com/collections/necklace/products/daughter-granddaughter-special-star?variant=40498711887932



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

URL: https://guvina.com/collections/necklace/products/3-rings-for-3-generations-of-love-necklace?variant=40436325548092



| Copyright Photographs | Infringing Photographs |
|---|---|
| 3 Rings For 3 Generations of Love Necklace Silver Sheet | |
| 3 Rings For 3 Generations of Love Necklace Wood  Box Silver | |



3 Rings For 3 Generations of Love
Necklace Model Dress

3 Rings For 3 Generations of Love
Necklace Model White Dress

3 Rings For 3 Generations of Love
Necklace Model Finger

3 Rings For 3 Generations of Love
Necklace Model Black Dress



3 Rings For 3 Generations of Love
Silver Pendant

3 Rings For 3 Generations of Love
Necklace Gold Pendant

3 Rings For 3 Generations of Love
Necklace Gold Sheet

URL: https://guvina.com/collections/necklace/products/granddaughter-straighten-your-crown?variant=40266069508156



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter Granddaughter Straighten Your Crown Necklace Model Black Coat | |
| Daughter Granddaughter Straighten Your Crown Necklace Model Finger | |



URL: https://guvina.com/collections/bracelet/products/cross-bracelet?variant=40472154603580



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Friends Take Care of Us Cross Bracelet | |



Friends Take Care of Us Cross
Bracelet Open Card Box

Friends Take Care of Us Cross
Bracelet Model Wrist

Friends Take Care of Us Cross
Bracelet Model Palm

Friends Take Care of Us Cross
Bracelet Model Arm



Friends Take Care of Us Cross
Bracelet Glass

URL: https://guvina.com/collections/bracelet/products/love-you-forever-leather-braid-bracelet?variant=40436356808764



| Copyright Photographs | Infringing Photographs |
|---|---|
|  To My Son Love You Forever Gift Bracelet | |
| To My Son Love You Forever Gift Bracelet with Card | |




To My Son Love You Forever Gift
Bracelet Model Neck




To My Son Love You Forever Gift
Bracelet Model Wrist




To My Son Love You Forever Gift
Bracelet Model Pocket




To My Son Love You Forever Gift
Bracelet Card Box Front



To My Son Love You Forever Gift Bracelet Card Box



### 29.MILANNONGRA

URL: https://milannongra.com/products/necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | Planet and Stars Necklace Granddaughter Wood Box |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
| <br>Planet and Stars Necklace Model Neck |  |

## 30.AMOUR-FUNNY

URL: https://www.amour-funny.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |

108



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

## 31.ILKSTYLE

URL: https://www.ilkstyle.com/products/last-day-promotion-49-off%F0%9F%8C%B8for-daughter-granddaughter-special-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

### 32. ONEYOKA

URL: https://oneyoka.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| | |
|---|---|
| Planet and Stars Necklace Daughter Box | |
| <br><br>Planet and Stars Necklace Model Neck |  |

### 33.RIMBERIO JEWELRY

URL: https://rimberiojewelry.com/products/0cfsba/



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | Planet and Stars Necklace Model Neck |



Planet and Stars Necklace Model
Hand

Planet and Stars Necklace Angled
View

Planet and Stars Necklace Side View

Planet and Stars Necklace Model
Neck

## 34. TIMIJOY

URL: https://timijoy.com/products/b



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Neck | |

## 35. SUMMER-BUD

URL: https://www.summer-bud.com/products/special



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Crescent Moon and Star Charm Bracelet Alt View | |
| Crescent Moon and Star Charm Bracelet Model Wrist | |



Crescent Moon and Star Charm
Bracelet Model Hand

Crescent Moon and Star Charm
Bracelet Model Arm

Crescent Moon and Star Charm
Bracelet Artsy

URL: https://www.summer-bud.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
| --- | --- |
| Planet and Stars Necklace Model Neck |  |

### 36.CHERRYBEY

URL: https://cherrybey.com/products/to-my-daughter



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Neck | |





Planet and Stars Necklace Model Neck

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Hand

### 37.FLUOUS

URL: https://www.iridescentnik.com/collections/jewelry/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |

127



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

### 38.IRIDESCENTNIK

URL: https://www.iridescentnik.com/collections/jewelry/products/granddaughter-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter Granddaughter Straighten Your Crown Necklace Model Black Coat | |
| Daughter Granddaughter Straighten Your Crown Necklace Model Finger | |

URL: https://www.iridescentnik.com/collections/jewelry/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

### 39.MOSTYLE

URL: https://www.mostyle.shop/products/last-day-promotion-49-off%F0%9F%8C%B8for-daughter-granddaughter---special-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
| <br>Planet and Stars Necklace Granddaughter Wood Box | |
| Planet and Stars Necklace Model Neck | |

135



Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

Planet and Stars Necklace Model Neck

## 40. ADMIRATIONE

URL: https://www.admiratione.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model
Neck

Planet and Stars Necklace Model
Hand

Planet and Stars Necklace Angled
View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

URL: https://www.admiratione.com/products/m



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Friends Take Care of Us Cross Bracelet | Friends Take Care of Us Cross Bracelet |
| Friends Take Care of Us Cross Bracelet Open Card Box | |



Friends Take Care of Us Cross
Bracelet Model Wrist

Friends Take Care of Us Cross
Bracelet Model Palm

Friends Take Care of Us Cross
Bracelet Model Arm

Friends Take Care of Us Cross
Bracelet Glass

### 41. DAILYROSY

URL: https://www.dailyrosy.com/products/last-day-promotion-49-off%F0%9F%8C%B8for-daughter-granddaughter---special-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Granddaughter Wood Box | |
| Planet and Stars Necklace Model Neck | |



Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

Planet and Stars Necklace Model Neck

## 42.EXPECTIOND

URL: https://www.expectationd.com/products/daughter-granddaughter-2



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
| Planet and Stars Necklace Model Neck |  |

URL: https://www.expectationd.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | Planet and Stars Necklace Model Neck |



Planet and Stars Necklace Model
Neck



### 43. LEMONTLE

URL: https://lemontle.com/products/last-day-promotion-49-off%F0%9F%8C%B8for-daughter-granddaughter---special-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Granddaughter Wood Box | |
| Planet and Stars Necklace Model Neck | |





Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

Planet and Stars Necklace Model Neck

## 44.HEYMILAN

URL: https://heymilan.com/products/necklace?_pos=49&_sid=86330c39b&_ss=r



| Copyright Photographs | Infringing Photographs |
|---|---|
| 
Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|    Planet and Stars Necklace Model Neck |  |

URL: https://heymilan.com/products/necklace?_pos=16&_sid=dcd2e6e13&_ss=r



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model
Neck

Planet and Stars Necklace Model
Hand

Planet and Stars Necklace Angled
View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

URL: https://heymilan.com/products/ring-1?_pos=4&_sid=86330c39b&_ss=r



| Copyright Photographs | Infringing Photographs |
|---|---|
|  | |

Pinky Promise Ring Model Wrist

Pinky Promise Ring Brown Sheet



Pinky Promise Ring Blue Sheet

Pinky Promise Ring Model Pinch

Pinky Promise Ring Model Wrist

Pinky Promise Ring

URL: https://heymilan.com/products/necklace?_pos=16&_sid=dcd2e6e13&_ss=r



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
| <br>Planet and Stars Necklace Model Neck |  |

URL: https://heymilan.com/products/ring-1?_pos=4&_sid=86330c39b&_ss=r



| Copyright Photographs | Infringing Photographs |
|---|---|
| | |



Pinky Promise Ring Model Wrist

Pinky Promise Ring Brown Sheet

| Pinky Promise Ring Blue Sheet | |
|---|---|



Pinky Promise Ring Model Pinch

Pinky Promise Ring Model Wrist

Pinky Promise Ring

Pinky Promise Ring Card Box

## 45. AERTHUAKE

URL: https://www.aerthuake.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Side View | |



Planet and Stars Necklace Model Neck



URL: https://www.aerthuake.com/products/granddaughter-pinky-promise-ring



| Copyright Photographs | Infringing Photographs |
|---|---|
|  | |

Pinky Promise Ring Model Wrist

Pinky Promise Ring Brown Sheet

| Pinky Promise Ring Blue Sheet | |



Pinky Promise Ring Model Pinch

Pinky Promise Ring Model Wrist

Pinky Promise Ring

Pinky Promise Ring Card Box

URL: https://www.aerthuake.com/products/mother-daughter-forever-linked-together-s925-ring



| Copyright Photographs | Infringing Photographs |
|---|---|
| Forever Linked Together Ring Model Hand | |
| Forever Linked Together Ring Card Box | |



Forever Linked Together Ring Card Box

Forever Linked Together Ring Front

Forever Linked Together Ring Model Finger

Forever Linked Together Ring Upside View



Forever Linked Together Ring with Card

## 46.CONFRONTN

URL: https://www.confrontn.com/products/granddaughter-pinky-promise-ring



| Copyright Photographs | Infringing Photographs |
|---|---|
| Pinky Promise Ring Model Wrist | |
| Pinky Promise Ring Brown Sheet | |



171



Pinky Promise Ring Blue Sheet

Pinky Promise Ring Model Pinch

Pinky Promise Ring Model Wrist

Pinky Promise Ring

## 47. FESTBLUE

URL: https://www.festblue.com/products/last-day-promotion-49-off%F0%9F%8C%B8for-daughter-granddaughter---special-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Granddaughter Wood Box | |
| Planet and Stars Necklace Model Neck | |



Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

Planet and Stars Necklace Model Neck

### 48.BESTEPRO.XYZ

URL: https://bestepro.xyz/product_details/41388135.html



| Copyright Photographs | Infringing Photographs |
|---|---|
|  To My Son Love You Forever Gift Bracelet Card Box Front | |

### 49.ZIAVIA

URL: https://ziavia.com/products/to-my-son-love-you-forever-mens-leather-bracelet-8-6



| Copyright Photographs | Infringing Photographs |
|---|---|
| To My Son Love You Forever Gift Bracelet with Card | |
| To My Son Love You Forever Gift Bracelet Model Hand | |







To My Son Love You Forever Gift
Bracelet Brown Sheet



### 50.DAVINCINCO

URL: https://davincinco.com/products/daughter-special-star-925-silver-necklace#judgeme_product_reviews



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Side View





Planet and Stars Necklace Daughter Box



Planet and Stars Necklace Model Neck

URL: https://davincinco.com/products/to-my-son-love-you-forever-leather-braid-bracelet-4#judgeme_product_reviews



| Copyright Photographs | Infringing Photographs |
|---|---|
|  To My Son Love You Forever Gift Bracelet | |
| To My Son Love You Forever Gift Bracelet Model Hand | |





To My Son Love You Forever Gift Bracelet Brown Sheet



## 51.LINK-STOCKHOLM

URL: https://lind-stockholm.com/products/till-min-son-bracelet



| Copyright Photographs | Infringing Photographs |
|---|---|
|  To My Son Love You Forever Gift Bracelet | To My Son Love You Forever Gift Bracelet |
| To My Son Love You Forever Gift Bracelet with Card | To My Son Love You Forever Gift Bracelet with Card |




To My Son Love You Forever Gift Bracelet Model Neck




To My Son Love You Forever Gift Bracelet Model Wrist




To My Son Love You Forever Gift Bracelet Model Pocket




To My Son Love You Forever Gift Bracelet Card Box Front

### 52.GIOIELLI MILANO

URL: https://gioiellimilano.com/products/pelle



| Copyright Photographs | Infringing Photographs |
|---|---|
|  To My Son Love You Forever Gift Bracelet | |
| To My Son Love You Forever Gift Bracelet Model Neck | |



To My Son Love You Forever Gift
Bracelet Model Wrist





To My Son Love You Forever Gift
Bracelet Model Pocket



## 53.PREFERLIKELY

URL: https://www.preferlikely.com/products/to-my-granddaughter-my-heart-is-tied-to-yours-love-knot-ring



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter I Held You First Love Knot Ring Gold Sheet | |
| Daughter I Held You First Love Knot Ring Model Hand | |

186



Daughter I Held You First Love Knot
Ring Model Wrist





Daughter I Held You First Love Knot
Ring Pinch View



## 54. ONDUTYEARTH

URL: https://www.ondutyearth.com/products/mother-daughter-forever-linked-together-s925-ring?variant=60544



| Copyright Photographs | Infringing Photographs |
|---|---|
| Forever Linked Together Ring Model Hand | |
| Forever Linked Together Ring Card Box | |





Forever Linked Together Ring Front

Forever Linked Together Ring Model Finger

Forever Linked Together Ring Upside View

Forever Linked Together Ring with Card

### 55. ZCLOVEAR

URL: https://zclovear.com/product_details/2064964.html



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Sunflower Fidget Ring Box | |

## 56.SARAHBANI

URL: https://sarahbani.com/products/til-min-datter-mane-og-stjerner



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Crescent Moon and Star Charm Bracelet Model Hand | |
| Crescent Moon and Star Charm Bracelet Model Arm | |



Crescent Moon and Star Charm
Bracelet Artsy

### 57. AMULETOAURORA

URL: https://amuletoaurora.com/products/minha-linda-filha-colar-estrela-brilhante



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Side View

Planet and Stars Necklace Model Neck

URL: https://amuletoaurora.com/products/minha-filha-colar-crown



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Daughter Granddaughter Straighten Your Crown Necklace Model Black Coat | |
| Daughter Granddaughter Straighten Your Crown Necklace Model Finger | |



### 58. MRRSELL.XYZ

URL: https://mrrsell.xyz/product_details/45633770.html



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Pinky Promise Ring Card Box | |

URL: https://mrrsell.xyz/product_details/45633781.html



| Copyright Photographs | Infringing Photographs |
|---|---|
|  | |
| Pinky Promise Ring Card Box | |

## 59.IRISHJEWELLERY

URL: https://irish-jewellery.com/products/special-star-daughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Daughter Box | |



Planet and Stars Necklace Model
Neck

### 60.MYSTICAL CHERRY

URL: https://mysticalcherry.com/products/to-my-daughter-star-moon-pendant-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |



| | |
|---|---|
| Planet and Stars Necklace Daughter Box | |



Planet and Stars Necklace Model
Neck

Planet and Stars Necklace Model
Hand

### 61.MYCHARMNECKLACE

URL: https://mycharmnecklace.com/products/daughter-special-star-925-silver-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Daughter Box

204

## 62.ANTMOR

URL: https://www.antmor.com/products/daughter-granddaughter-special-star-925-silver-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | Planet and Stars Necklace Model Hand |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

Planet and Stars Necklace Model Neck

### 63. OURRAJEWELERY

**URL: https://ourrajewelry.com/products/universe-necklace**



| Copyright Photographs | Infringing Photographs |
|---|---|
| 
Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |

## 64.FRODROP

URL: https://www.frodrop.com/products/special-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | Planet and Stars Necklace Model Hand |



Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 65.VIENNEIS

URL: https://viennais.com/products/love-style-cxc-love190



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Side View | |
| Planet and Stars Necklace Model Neck | |



Planet and Stars Necklace Model
Hand

## 66. MOONMISTIC

URL: https://www.moonmistic.com/products/daughter-granddaughter?variant=40426884989065



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |





Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| | |
|---|---|
| Planet and Stars Necklace Daughter Box | |

### 67.CYRISSPACE

URL: https://cyrisspace.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
| Planet and Stars Necklace Model Neck |  |

## 68.SEEBRAW

URL: https://www.seebraw.com/products/daughter-special-star-925-silver-necklace





Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

### 69. GALACTICGLOBALSERVICES

URL: https://galacticglobalservices.com/products/grand-daughter-special-star?variant=40757226635309



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |





Planet and Stars Necklace Model
Neck

Planet and Stars Necklace Model
Hand

Planet and Stars Necklace Angled
View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|  Planet and Stars Necklace Model Neck |  |

### 70.FREEDPICK

URL: https://freedpick.com/products/daughter-special-star-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

## 71.DREAM OHANA

URL: https://dreamohana.com/products/you-are-my-universe-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | Planet and Stars Necklace Model Neck |



Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

Planet and Stars Necklace Model Neck

## 72.LAVISHROYALS

URL: https://lavishroyals.com/products/moon-star



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Granddaughter Wood Box | |





Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| Planet and Stars Necklace Daughter Box | |
|---|---|
|   Planet and Stars Necklace Model Neck |  |

### 73. RIDUDALY

URL: https://www.ridudaly.com/products/daughter-granddaughter---you-are-most-special-stars-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |

## 74. NOOTOOY

URL: https://www.nootooy.com/products/daughter-special-star-925-silver-necklace



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

Planet and Stars Necklace Daughter Box

Planet and Stars Necklace Model Neck

## 75.ANEVIO

URL: https://anevio.de/products/anevio-shine



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |

### 76. TU-REGALO

URL: https://tu-regalo.co/products/collar



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Neck | |





Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 77.KURIEOKA

URL:

https://www.kurieoka.com/products/%F0%9F%8C%B8%CE%B3%CE%B9%CE%B1-%CE%BA%CF%8C%CF%81%CE%B7-%CE%B5%CE%B3%CE%B3%CE%BF%CE%BD%CE%AE-%CE%B9%CE%B4%CE%B9%CE%B1%CE%AF%CF%84%CE%B5%CF%81%CE%BF-%CE%BA%CE%BF%CE%BB%CE%B9%CE%AD-%CE%BC%CE%B5-%CE%B1%CF%83%CF%84%CE%AD%CF%81%CE%B9



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Granddaughter Wood Box | |



Planet and Stars Necklace Model Neck

Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

| | |
|---|---|
| Planet and Stars Necklace Daughter Box | |

## 78. NANNIECE

URL: https://nanniece.com/products/colar



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

## 79.GALA-JOIAS

URL: https://gala-joias.com/products/minha-filha?variant=43730130403628



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 80.LA-VITRINA

URL: https://la-vitrina.com.co/producto/cadena-universe/



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Hand | |

### 81.FERRUCIA

URL: https://ferrucia.com/products/a-mia-figlia-collana-luna-e-stelle-delluniverso



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |





Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

## 82.DEALTERY

URL: https://dealtery.com/products/a-mi-hija-collar-luna-y-estrellas-del-universo?variant=42394788724926



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

URL: https://dealtery.com/products/a-mi-hija-collar-luna-y-estrellas-del-universo?variant=42394788724926



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 83.MU-LUDA

URL: https://mu-luda.com/products/daughter-granddaughter



| Copyright Photographs | Infringing Photographs |
|---|---|
| <br>Planet and Stars Necklace Model Neck |  |
| <br>Planet and Stars Necklace Model Neck | |



Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

## 84.LOVECRAFT

URL: https://lovecraft-dk.com/products/mon-etoile-collier-a-ma-fille-en-argent-925



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Neck | |





Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 85.BIGHOME24

URL: https://bighome24.de/products/specialuniverse



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 86. ELIARICCI

URL: https://eliaricci.com/products/a-mia-figlia-collana-luna-e-stelle-delluniverso?variant=43797181006088



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 87.BIJOUX-FEMMES

URL: https://bijoux-femmes.com/products/collier-en-pierre-de-lune-bleue



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |





Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 88.ENERGIAECOR

URL: https://energiaecor.com.br/products/minha-linda-filha-colar-estrela-brilhante



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Neck | |



Planet and Stars Necklace Model Hand

Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

### 89.YINYANKEE

URL:

https://www.amazon.com/dp/B0B7SMGXKY/ref=sspa_dk_detail_1?ie=UTF8&pd_rd_i=B0B7SMGXKYp13NParams&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&th=1



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |

**90.XIANGXINGGAOXIAOSHOUYOUXIANGONGSI**

URL: https://www.amazon.com/-/es/dp/B0B5TW8K34?language=en_US&th=1



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |

## 91.MANEILAI

URL: https://www.amazon.com/Granddaughter-Together-Sterling-Infinity-Zirconia/dp/B0B97G24GQ?th=1



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Forever Linked Together Ring Model Hand | |
| Forever Linked Together Ring Front | |





Forever Linked Together Ring Model
Finger



## 92.XUCHANGTANGNONGSHANGMAOYOUXIANGONGSI

URL: https://www.amazon.co.uk/MONEYN-Necklace-Daughter-Granddaughter-Surrounding/dp/B0B4WMDRT8?th=1



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |

266



Planet and Stars Necklace Angled
View

Planet and Stars Necklace Model
Neck

### 93. WOAIPASHAN

URL: https://www.amazon.fr/Ombhsd-Petite-Fille-sp%C3%A9ciale-Surrounding-Granddaughter/dp/B0B6Z44TMJ?th=1



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Neck | |





| | |
|---|---|
| Planet and Stars Necklace Angled View | |

## 94. JONN-7178 ON EBAY

URL: https://www.ebay.com/itm/144709768689



| **Copyright Photographs** | **Infringing Photographs** |
|---|---|
| Planet and Stars Necklace Model Hand | |



269



Planet and Stars Necklace Side View

URL: https://www.ebay.com/itm/144709781049



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Hand | |
| Planet and Stars Necklace Side View | |

## 95. RIEMAJEWELRY ON ETSY

URL: https://www.etsy.com/listing/1351959875/to-my-daughter-moon-stars-planet?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=planet+and+stars+necklace&ref=sr_gallery-1-48&frs=1&organic_search_click=1



| Copyright Photographs | Infringing Photographs |
|---|---|
| <br>Planet and Stars Necklace Model Neck |  |

## 96. ENERGIA E COR

URL: https://energiaecor.com.br/products/minha-linda-filha-colar-estrela-brilhante



| Copyright Photographs | Infringing Photographs |
|---|---|
| Planet and Stars Necklace Model Neck | |
| Planet and Stars Necklace Model Hand | |



Planet and Stars Necklace Angled View

Planet and Stars Necklace Side View

## 97. SUPERBIE.LIFE

URL: https://superbie.life/product_details/21365530.html



| Copyright Photographs | Infringing Photographs |
|---|---|
|   Pinky Promise Ring Card Box | |

### 98.FIYSEL

URL: https://www.fiysel.com/products/to-my-son-love-you-forever-leather-braid-bracelet



| Copyright Photographs | Infringing Photographs |
|---|---|
|  To My Son Love You Forever Gift Bracelet | |
| To My Son Love You Forever Gift Bracelet Model Neck | |




To My Son Love You Forever Gift Bracelet Model Wrist




To My Son Love You Forever Gift Bracelet Model Pocket




To My Son Love You Forever Gift Bracelet with Card




To My Son Love You Forever Gift Bracelet Card Box Front

**99.SOFIALOOK**

URL: https://sofialook.com/products/collar-a-mi-hija-la-estrella-mas-especial



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |

**100.**                                **LULEPOP**

URL: https://lulepop.com/products/a-mi-hija-eres-y-siempre-seras-la-estrella-mas-especial-del-universo-collar-de-planeta-y-estrella



| Copyright Photographs | Infringing Photographs |
|---|---|
| <br>Planet and Stars Necklace Model Neck | |

## 101.                                SIAMARTE

URL: https://siamarte.com/



| Copyright Photographs | Infringing Photographs |
|---|---|
| <br>Planet and Stars Necklace Model Neck | |

**102.**                                    **ZIYAMAR**

URL: https://ziyamar.com/



| Copyright Photographs | Infringing Photographs |
|---|---|
|  Planet and Stars Necklace Model Neck | |