**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| AWARENESS AVENUE JEWELRY LLC and MIKKEL GULDBERG HANSEN<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>Defendants. | Case No.: 8:23-cv-00002 |

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY

Plaintiffs Awareness Avenue Jewelry, LLC and Mikkel Guldberg Hansen, seek entry of an ex parte temporary restraining order, including a temporary injunction, a temporary asset restraint and expedited discovery enjoining Defendants from using or distributing copyrighted Works of Plaintiff Guldberg. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: January 3rd, 2023

Tampa, Florida

By: *Michael Hurckes*

Michael A. Hurckes, Esq.
Florida Bar No. 1040918
MAH Advising PLLC
3030 N. Rocky Point Drive W.,
#150
Tampa, FL 33607
Tel.: (917) 791-0639
*Attorneys for Plaintiffs*