# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AWARENESS AVENUE JEWELRY LLC and MIKKEL GULDBERG HANSEN<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,",<br><br>Defendants. | Case No.: 8:23-cv-2-TPB-AAS<br><br>**MOTION TO EXTEND TEMPORARY RESTRAINING ORDER FOR GOOD CAUSE OR IN THE ALTERNATIVE CHANGE THE TIME HEARING** |

The above-captioned Plaintiff, by and through their undersigned counsel, hereby file this motion (the "Motion to Extend") for entry of an order, extending this Court's Temporary Restraining Order, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure or in the alternative if the Motion to Extend is denied, to change the time of hearing for the preliminary injunction. In support of the Motion to Extent, Plaintiff respectfully states as follows:

## BACKGROUND

On 18th January 2023, this court granted Plaintiff's motion for ex-parte temporary restraining order against Defendants the Partnerships and

1

Unincorporated Associations identified in Schedule "A". Plaintiff identified one hundred and two (102) e-commerce stores that were engaged in copyright infringement. Plaintiff was directed to serve third-party providers and financial services providers and also conduct expedited discovery under the TRO. A large number of e-commerce stores and cumbersome modes of submitting the notice of TRO to e-commerce platforms like Shopify, Amazon Webhosting Services (AWS) and other financial providers against Defendants operating multiple stores will likely make the TRO ineffective if no extension is granted.

## RELIEF REQUESTED

By this Motion, Plaintiff seeks the entry of an order under Rule 65(b)(2) of the Federal Rules of Civil Procedure extending this Court's Temporary Restraining Order for fourteen (14) days to February 14$^{th,}$ 2023, or in the alternative if the motion to extend is denied, to change the time of hearing for preliminary injunction to a time between 10 AM-1 PM.

## BASIS FOR RELIEF

1. The time-consuming processes established by Third-party providers mentioned in the TRO such as Shopify and AWS make service on third-party providers difficult to complete in a short amount of time. Shopify requires filling up extensive forms and identifying each seller by its location and contracting party. Further, AWS requires the notice of the order to be

served through its ALERT system which requires approval from AWS. Furthermore, Cloudflare is only a content delivery network which further adds delays in identifying the sellers and the extent of their network. Shopify Inc.'s form to request information is attached hereto as **Exhibit 1**. AWS ALERT Policy is attached hereto as **Exhibit 2**.

2. Defendants are seasoned infringers that collude via various websites and forums to evade lawful enforcement by siphoning off funds from accounts and closing down their stores and opening new ones at a whiff of any action by Courts of United States. A translated copy of an article mentioning the grant of TRO on sellerdefense.cn directing infringers to take delist goods and transfer assets before they are restrained is attached hereto as **Exhibit-3**. The data provided by third-party providers will enable Plaintiff to conduct effective service and identify the real addresses and assets of Defendants to satisfy any judgment against them.

3. The time-consuming process of serving third-party providers, analyzing information received from third-party providers and providing the data to financial providers are good causes to extend this court's temporary restraining order to maintain the status quo.

4. The ex-parte nature of the order will be defeated until service on the third-parties can be made and information received from them analyzed and used to give notice to financial providers.

5. Here, there is more than sufficient cause to extend the deadline. Plaintiff has already served third-party providers and they are granted ten (10) days to provide expedited discovery to Plaintiff. Plaintiff has only affected service on financial providers like Paypal, Mastercard, Shopify Pay, etc on Janaury 24th and 25th by analyzing the data received. Furthermore, the extension of this Court's TRO would not damage Defendants, but the denial of the extension will cause irreparable injury and harm to Plaintiff.

6. In the Alternative, Counsel has pre-existing professional obligations that require him to travel at 4 PM on February 1st, 2023.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests the entry of an order extending this Court's Temporary Restraining Order for fourteen (14) days to February 14th, 2023, OR in the alternative if this motion is denied to change the time of hearing for preliminary injunction to a time between 10 AM-1 PM and any further relief as the Court deems appropriate.

Dated: January 25, 2023

By: /s/ Michael A. Hurckes

                Michael A. Hurckes, Esq.
                Florida Bar No. 1040918
                MAH Advising PLLC
                3030 N. Rocky Point Drive W., #150
                Tampa, FL 33607
                Tel.: (917) 791-0639
                *Attorneys for Plaintiffs*