

case list    Brand Library    case agency    Law firm information

common problem    other    about

# THE JEWELRY COMPANY FILED A CASE TO DEFEND THE RIGHTS OF ITS 289 COPYRIGHT PICTURES, AND THEY HAVE NOT BEEN FROZEN YET. QUICKLY CHECK AND WITHDRAW CASH!

front page / Uncategorized / Jewelry company for…

Post Views: 862

The Christmas and New Year's Day holidays have passed, and the law firm has started to operate. MAH Advising LLC represented a jewelry company to defend its 289 copyrighted pictures. 102 stores were sued (there is a list), and the freeze is expected to be implemented in about a month , Quickly check and withdraw cash from the shelves, the following is the case information:

## case parameters

Prosecution time: 2023/1/3

Case number: 23-cv-2

Plaintiff brand: Celebrating Relationships Jewelry Photoshoot Copyright image

brand party: AWARENESS AVENUE JEWELRY LLC et al

Law firm: MAH Advising LLC Place of action

: Florida, USA

## brand introduction

Awareness Avenue Jewelry, LLC is a company specializing in the creation and sale of jewelry, founded in 2016, with its principal place of business in Florida.

Official website: https://www.awareness-avenue.com/



## registered copyright

The registration number is VAu001486994, and the copyright will take effect on December 2, 2022. The case was filed for rights protection in just one month. The plaintiff came prepared!

case list    Brand Library    case agency    Law firm information

common problem    other    about



The case involves 289 copyrighted images, too many, so we won't give examples one by one. Friends of the seller can go to the plaintiff's official website for investigation. Here are a few comparisons between the plaintiff's copyrighted images and the defendant's infringing images:



case list   Brand Library   case agency   Law firm information

common problem   other   about





case list    Brand Library    case agency    Law firm information

common problem    other    about



**Publish example**



defendant list

SellerDefense  case list   Brand Library   case agency   Law firm information   common problem   other   about

| | |
|---|---|
| 6 | GOOMINI |
| 7 | KIDDIE2C UTIE |
| 8 | SHOPPAUR AS |
| 9 | SHINIMINI |
| 10 | WISHPOCK ET |
| 11 | HSANTRE |
| 12 | CLUSTER W |
| 13 | ESHOPPN |
| 14 | RESEMBLE K(Address is same as Entry No. 2) |
| 15 | GARDNTH |
| 16 | SOVEIR |
| 17 | HELLOXE |
| 18 | PIECESY |
| 19 | NEVERPAI NTS |
| 20 | LIAMGGIE STORE |
| 21 | LINDOS REGALITO S |
| 22 | WIZZGOO |
| 23 | TERMUEC ULAR |
| 24 | RAWLOVEI N |
| 25 | FRACTION K |
| 26 | TOYSDOM |
| 27 | FASTENER Y |
| 28 | GUVINA |
| 29 | MILANNO NGRA |
| 30 | AMOUR- FUNNY |
| 31 | ILKSTYLE |
| 32 | ONEYOKA |
| 33 | RIMBERIO JEWELRY |
| 34 | TIMIJOY |
| 35 | SUMMER- BUD |
| 36 | CHERRYB EY |
| 37 | FLUOUS |
| 38 | IRIDESCEN TNIK |
| 39 | MOSTYLE |
| 40 | ADMIRATI ONE |
| 41 | DAILYROS Y |
| 42 | EXPECTIO ND |
| 43 | LEMONTL E |
| 44 | HEYMILA N |
| 45 | AERTHUA KE |
| 46 | CONFRON TN |
| 47 | FESTBLUE |
| 48 | BESTEPRO. XYZ |
| 49 | ZIAVIA |
| 50 | DAVINCIN CO |
| 51 | LINK- STOCKHO LM |
| 52 | GIOIELLI MILANO |
| 53 | PREFERLI KELY |
| 54 | ONDUTYE ARTH |
| 55 | ZCLOVEA R |
| 56 | SARAHBA NI |
| 57 | AMULETO AURORA |
| 58 | MRRSELL. XYZ |
| 59 | IRISHJEWE LLERY |
| 60 | MYSTICAL CHERRY |
| 61 | MYCHARM NECKLAC E |
| 62 | ANTMOR |
| 63 | OURRAJE WELERY |



case list    Brand Library    case agency    Law firm information

common problem    other    about

| | |
|---|---|
| 70 | FREEDPICK |
| 71 | DREAM OHANA |
| 72 | LAVISHRO YALS |
| 73 | RIDUDALY |
| 74 | NOOTOOY |
| 75 | ANEVIO |
| 76 | TU- REGALO |
| 77 | KURIEOKA |
| 78 | NANNIECE |
| 79 | GALA- JOIAS |
| 80 | LA- VITRINA |
| 81 | FERRUCIA |
| 82 | DEALTERY |
| 83 | MU-LUDA |
| 84 | LOVECRAF T |
| 85 | BIGHOME2 4 |
| 86 | ELIARICCI |
| 87 | BIJOUX- FEMMES |
| 88 | ENERGIAE COR |
| 89 | YINYANKE E |
| 90 | XIANGXIN GGAOXIA OSHOUYO UXIANGO NGSI |
| 91 | MANEILAI |
| 92 | XUCHANG TANGNON GSHANGM AOYOUXI ANGONGSI |
| 93 | WOAIPASH AN |
| 94 | JONN-7178 |
| 95 | RIEMAJEW ELRY |
| 96 | ENERGIA E COR |
| 97 | SUPERBIE. LIFE |
| 98 | FIYSEL |
| 99 | SOFIALOO K |
| 100 | LULEPOP |
| 101 | SIAMARTE |
| 102 | ZIYAMAR |

## contact us

Seller friends can add QQ communication group: SellerDefense19 group: 564268517 (if you have already added other groups, you don't need to add it again)

If you want to know more infringement information, you can enter the SellerDefense official website to check the latest news: https://sellerdefense.cn/

If you are unfortunately accused or the store has been frozen, you can contact us as soon as possible, long press and recognize the QR code below to add friends. **We will provide the most professional free** consulting services in all aspects for different cases .



Category: Uncategorized    Victor    January 6, 2023    Comment