# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| AWARENESS AVENUE JEWELRY LLC and MIKKEL GULDBERG HANSEN<br><br>*Plaintiff(s)*<br>v.<br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendant(s)* | Civil Action No. 8:23-cv-00002-TPB-AAS |

Civil Action No. 8:23-cv-00002-TPB-AAS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This Order for *(name of individual and title, if any)* THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", was received by me on *(date)* 1/20/2023.

The copies of Complaint with Exhibits (ECF 1), Plaintiffs' Motion for Temporary Restraining Order with Exhibits (ECF 2), the Temporary Restraining Order granting to Plaintiffs on 1/18/2023 (ECF 9), Summons issued on 1/20/2023 (ECF 11), Plaintiffs' Motion for Preliminary Injunction (ECF 17) was served Via email pursuant to (ECF 15) on respective email addresses of Defendants as per Court's Order dated 1/18/2023 and 1/31/2023. The Defendants were served on 2/3/2023 by the Counsel for Plaintiff.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/3/2023

/s/ Michael A. Hurckes
*Server's signature*

Michael A. Hurckes, Esq.
*Printed name and title*

MAH Advising PLLC 3030 N. Rocky Point Drive W., #150 Tampa, FL 33607
*Server's address*

Additional information regarding attempted service, etc:

Served to respective email addresses identified in the Schedule "A" of the Complaint (ECF 1)