# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:23-cv00002

AWARENESS AVENUE JEWELRY
and MIKKEL GULDBERG HANSEN,

      Plaintiffs,

vs.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## DEFENDANTS' CORRECTED *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This motion is a corrected version of a previous motion [DE 23], in light of the Court's Order on a separate matter regarding the Court's typography requirements [DE 24]. This motion corrects the typography issues to be in compliance with this Court's Local Rules, and leaves the remaining content unchanged.

Defendants Nos. 2, 12, 14, 19, 23, 25, 27, 35, 42, 53, 54, and 68 (duratione.com, clusterw.com, resemblek.com, neverpaints.com, termuecular.com, fractionk.net, fastenery.com, summer-bud.com, expectationd.com, preferlikely.com, ondutyearth.com, and seebraw.com, respectively) as identified in Schedule A to the Complaint [DE 1] ("Defendants"),

move for an extension of time until March 24, 2023, to respond to the Complaint [DE 1]. Good cause exists for the motion:

1. Plaintiffs filed the Complaint [DE 1] in this action on January 3, 2023.

2. While Defendants do not concede that service or jurisdiction is proper or waive any defenses, in light of the purported proof of service [DE 18], Defendants' current deadline to respond to the Complaint would be February 24, 2023.

3. Defendants retained local counsel admitted to this Court on February 17, 2023, and that counsel appeared in the case on February 18, 2023 [DE 22].

4. Defendants are in need of additional time to respond to the Complaint, and Defendants' counsel has spoken to Plaintiffs' counsel, who **does not oppose this motion** and **agreed to an extension** until March 24, 2023, for Defendants to respond to the Complaint.

5. Accordingly, the requested extension should be granted, and Defendants given until March 24, 2023 to respond to the Complaint.

Respectfully submitted,

*/s/Douglas J. Giuliano*
Douglas J. Giuliano, Esq.  FBN: 15282
Giuliano Law Group, P.A.
121 S. Orange Avenue Suite 1500
Orlando, FL 32801
Tel: (321) 754-5290

Doug@glgpa.com
service@glgpa.com

*Counsel for Defendants* Nos. 2, 12, 14, 19, 23, 25, 27, 35, 42, 53, 54, and 68 (duratione.com, clusterw.com, resemblek.com, neverpaints.com, termuecular.com, fractionk.net, fastenery.com, summer-bud.com, expectationd.com, preferlikely.com, ondutyearth.com, and seebraw.com, respectively)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 21st day of February 2023, via transmissions of Notice of Electronic Filing generated by CM/ECF to all parties or counsel of record in this matter.

/s/  *Douglas J. Giuliano*
Douglas J. Giuliano