**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO. 8:23-cv00002

AWARENESS AVENUE JEWELRY
and MIKKEL GULDBERG HANSEN,

      Plaintiffs,

vs.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## <u>DECLARATION OF BAOYUAN LIN</u>

I, Baoyuan Lin, declare as follows:

1.      I am a resident of Fuzhou City, China, and am the Chief Technology

Officer for Fuzhou Nanhui Dimension Network Technology Co., Ltd. ("Fuzhou

Nanhui"), which provides business infrastructure and back-end support for

other ecommerce companies. Fuzhou Nanhui provides such support for the

following websites: duratione.com, clusterw.com, resemblek.com,

neverpaints.com, termuecular.com, fractionk.net, fastenery.com, summer-

bud.com, admiratione.com, expectationd.com, aerthuake.com, confrontn.com,

preferlikely.com, ondutyearth.com, and seebraw.com (collectively

"Defendants").  By virtue of my position, I am familiar with and knowledgeable

about these websites' businesses and have personal knowledge of the matters
herein.

2.    The owners of the websites at issue (i.e., the Defendants) are all
located in China.  The names of the entities that own the websites at issue are as
follows:

    a.  duratione.com is owned by Shenzhen Huicheng Network
Technology Co., Ltd.

    b.  clusterw.com is owned by STARCRAFT NETWORK LIMITED

    c.  resemblek.com is owned by Nanchang Huimeng Network
Technology Co., Ltd.

    d.  neverpaints.com is owned by Dongguan Hengjia Electronic
Commerce Co., Ltd.

    e.  termuecular.com is owned by Weixin County Lvyuan Trading
Co., Ltd.

    f.  fractionk.net is owned by Nanchang Laifei Technology Co.,
Ltd.

    g.  fastenery.com is owned by STARCRAFT NETWORK
LIMITED

    h.  summer-bud.com is owned by Blue Heat Trading Co., Ltd.

    i.  admiratione.com is owned by Nanchang Huiyun Territory

Technology Co., Ltd.

j.  expectationd.com is owned by Shenzhen Huicheng Network Technology Co., Ltd.

k.  aerthuake.com is owned by Shenzhen Huicheng Network Technology Co., Ltd.

l.  confrontn.com is owned by Nanchang Sikerui Technology Co., Ltd.

m.  preferlikely.com is owned by Shenzhen Huicheng Network Technology Co., Ltd.

n.  ondutyearth.com is owned by Suzhou Chenghe Network Technology Co., Ltd.

o.  seebraw.com is owned by Shenzhen Huicheng Network Technology Co., Ltd.

3.    No email purporting to serve process was ever received by either Fuzhou Nanhui or at any email addresses with the domains admiratione.com, confrontn.com, or aerthuake.com.  Neither Fuzhou Nanhui nor any Defendants have any relationship, affiliation, access, or control regarding the entirely separate domain "confront.com" or any email addresses associated with it.

4.    Defendants and Fuzhou Nanhui are not incorporated in the State of Florida, have no employees, officers, directors, or similar personnel residing or

domiciled in Florida, and have not contracted with persons residing in Florida to act on their behalf regarding marketing, distributing or servicing any of Defendants' goods or products.

5.    Defendants and Fuzhou Nanhui have no branch office or comparable facilities in Florida, and have no telephone listings or mailing address in Florida.

6.    Defendants and have no bank accounts or other tangible personal or real property in Florida.

7.    Defendants and Fuzhou Nanhui do not direct any of their advertising specifically toward Florida residents, nor do they advertise in publications directed primarily toward Florida residents.

8.    The acts or omissions for which Defendants are sought to be held liable in this action all occurred outside of Florida.

9.    I have performed a search for all products which Defendants sold in connection with allegedly infringing photographs in this case.  From that search, I have determined that the different entities have made the following number of sales of such products to Florida, none of which were made by any type of targeted advertising focusing on Florida or its residents:

       a.  duratione.com: 0 sales

       b.  clusterw.com: 0 sales

    c.  resemblek.com: 0 sales

    d.  neverpaints.com: 0 sales

    e.  termuecular.com: 0 sales

    f.  fractionk.net: 0 sales

    g.  fastenery.com: 0 sales

    h.  summer-bud.com: 0 sales

    i.  admiratione.com: 0 sales

    j.  expectationd.com: 0 sales

    k.  aerthuake.com: 4 sales

    l.  confrontn.com: 25 sales

    m. preferlikely.com: 0 sales

    n.  ondutyearth.com: 0 sales

    o.  seebraw.com: 1 sale

10.    It would be unreasonable to require Defendants to defend this action in Florida, since Defendants' personnel and evidence of Defendants activities are located in China, not in Florida.  It would cause Defendants a very significant financial burden and disruption to Defendants' business practices to be required to defend this matter in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this __23__ day of March, 2023
Fuzhou, China

_Baoyuan Lin_

Baoyuan Lin