UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AWARENESS AVENUE JEWELRY
and MIKKEL GULDBERG HANSEN,**

    **Plaintiff,**

v.                                             **Case No. 8:23-cv-2-TPB-AAS**

**THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",**

    **Defendant.**
_____/

## **ORDER**

Several defendants move to retroactively seal two exhibits to their previously-filed motion to dissolve the plaintiffs' preliminary injunction (Doc. 52); a declaration by Fuzhou Nanhui Chief Technology Officer Baoyuan Lin (Doc. 52, Ex. 1), and an exhibit to Ms. Lin's declaration (Doc. 52, Ex. 2). (Doc. 60). Plaintiffs Awareness Avenue Jewelry and Mikkel Guldberg Hansen do not oppose the motion. (*Id.* at p. 2).

The public has a common-law right of access to judicial proceedings, which includes the right to inspect and copy public records and court documents. *See Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001). However, "[t]he common law right of access may

1

be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential." *Romero v. Drummond Co., Inc.*, 480 F. 3d 1234, 1246 (11th Cir. 2007).

The declaration and accompanying exhibit each contain sensitive financial, business, and customer information. There is good cause to file this private commercial and financial information under seal. Accordingly, the defendants' motion to retroactively seal the exhibits (Doc. 60) is **GRANTED**. The Clerk is directed to seal the two exhibits. Absent a future order to the contrary, these documents will remain under seal until ninety days after the case is closed and all appeals exhausted. *See* Local Rule 1.11, M.D. Fla.

**ORDERED** in Tampa, Florida on May 1, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge