**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:    8:23-cv-2-TPB-AAS | | DATE:   May 15, 2023 | |
|---|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | | |
| **AWARENESS AVENUE JEWELRY LLC, et al.**<br><br>**v.**<br><br><br>**THE PARTNERSHIP & UNINCORPORATED ASSOCIATIONS identified on Schedule A** | | **PLAINTIFF COUNSEL:**<br>Michael Hurckes<br><br><br><br><br>**DEFENSE COUNSEL:**<br>Katherine Kramer & Alan Wilmot | |
| **COURT REPORTER:**  Rebekah Lockwood | | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:**   3:09 – 3:28 p.m.<br>**TOTAL:**   19 mins. | | **COURTROOM:** | N/A |

**PROCEEDINGS:**    MOTION HEARING (by Zoom)

Court hears arguments on the following motions:
Motions to Dismiss (Docs. 40 & 43)
Motions to Modify Asset Restraint (Docs. 48 & 54)
Motion to Dissolve or Modify Preliminary Injunction (Doc. 52)

Order to follow.

Case Management Conference set 7/26/2023 at 1:30. Notice to follow.